UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO: 3:26-cv-59-GNS
(ELECTRONICALLY FILED)

CHAPLIN BAPTIST CHURCH                                                                  PLAINTIFF

v.                                        **NOTICE OF REMOVAL**

OWNERS INSURANCE COMPANY                                                       DEFENDANT

* * * * *

To the Honorable Judges of the United States District Court for the Western District of Kentucky:

The Removing Party, Owners Insurance Company (hereinafter, "Owners"), by undersigned counsel, respectfully shows this Court:

1. Owners is a Defendant in a civil action brought against it in the Nelson Circuit Court, Commonwealth of Kentucky, styled <u>Chaplin Baptist Church v. Owners Insurance Company</u>, Civil Action No. 25-CI-00833, filed against it on or about December 30, 2025. Copies of all process, pleadings, and Orders served upon the Removing Party in such action are attached hereto. (Exhibit A.)

2. Defendant, Owners, was served with summons and a copy of the Complaint on or about January 7, 2026.

3. This Notice of Removal was filed with this Court within (30) days after service of process on the first served Removing Party, and accordingly this Notice of Removal is timely filed under 28 U.S.C. § 1446(b).

4. Any civil action filed in the state court over which the Federal District Court would have original jurisdiction may be removed to Federal District Court. 28 U.S.C. § 1441(a).

1

5. Plaintiff, Chaplin Baptist Church, Inc., is a Kentucky corporation which, at the time of the loss at issue, the time of the filing of Plaintiff's Complaint, and at the time of the filing of this Notice of Removal, is domiciled in the Commonwealth of Kentucky, incorporated in Commonwealth of Kentucky, and which maintains its principal place of business in Commonwealth of Kentucky. Further, at the time of the loss at issue, the time of the filing of Plaintiff's Complaint and at the time of the filing of this Notice of Removal, Plaintiff, Chaplin Baptist Church, Inc., was not incorporated nor domiciled in the state of Michigan, nor did it maintain its principal place of business in the state of Michigan.

6. Plaintiff, Chaplin Baptist Church, Inc., owns property located at 5585 Lawrenceburg Road, Bloomfield Kentucky, 40008 ('the Property') and submitted an insurance claim to Defendant, Owners, regarding the Property.

7. Owners Insurance Company is a corporation which, at the time of the loss at issue, the time of the filing of Plaintiff's Complaint, and at the time of the filing of this Notice of Removal, is domiciled in Michigan, incorporated in Michigan, and maintains its principal place of business in Michigan. Further, at the time of the loss at issue, the time of the filing of Plaintiff's Complaint and at the time of the filing of this Notice of Removal, Owners Insurance Company was not incorporated nor domiciled in the Commonwealth of Kentucky, nor did it maintain its principal place of business in the Commonwealth of Kentucky.

8. Because this is a case between a Kentucky resident corporate Plaintiff, and a Michigan resident corporate Defendant, there is complete diversity of citizenship between the parties pursuant to 28 U.S.C. § 1332(a) and (c).

9. Plaintiff's Complaint asserts that the Property suffered damages which Plaintiff avers are covered under the Tailored Protection Policy issued by Defendant, Owners, and Plaintiff

claims it is entitled to payment for the claimed damages to the Property under the Tailored Protection Policy issued by Defendant, Owners, damages for Owners' alleged breach of the insuring contract and also alleges "insurance bad faith" and Unfair Claims Settlement Practices Act violations against Defendant, Owners.  Plaintiff's Complaint seeks damages, including damages for these extra-contractual claims, with the prayer for relief demanding both compensatory and punitive damages.

10. While the allegations of the Complaint against Defendant, Owners ,are denied, this case is removable because this Court has original jurisdiction over this matter on diversity of citizenship grounds.

11. Plaintiff has made claim for and submitted to Defendant, Owners, an estimate from Elite Contracting Services for claimed repairs to the trusses of the Property in an amount of $225,000.00. (Exhibit B)

12. Plaintiff has made claim for and submitted to Defendant, Owners, an additional estimate from Elite Contracting Services for additional claimed repairs to the Property in an amount of $41,500.00. (Exhibit C)

13. Plaintiff has made claim for and submitted to Defendant, Owners, an additional estimate from Elite Contracting Services for additional claimed repairs to the Property in an amount of $16,000.00. (Exhibit D)

14. Thus, Plaintiff Complaint allegations and claim submitted to Defendant, Owners, seeks damages repairs in the amount of $282,500.00, seeks additional damages for alleged breach of contract, bad faith, alleged violation of the Kentucky Unfair Settlement Practices Act and also seeks punitive damages.

15.     Based on the amounts referenced in Paragraphs 11, 12, 13 and 14 above, pursuant 28 U.S.C. § 1332 the amount in controversy requirement of $75,000.00 for this Court to exercise diversity jurisdiction is satisfied, without even factoring in the bad faith or punitive damage claim components of this case.

16.     For the reasons stated in Paragraphs 1 through 15 above, this Honorable Court has original jurisdiction over this case, and it is removable to this Honorable Court pursuant to 28 U.S.C. § 1441(a) and (b).

17.     Defendant, Owners, has complied with all applicable requirements of 28 U.S.C. ¶ 1446 and is promptly (simultaneously) giving notice of this removal to both the parties and the Nelson Circuit Court in Kentucky.  In addition, Owners is filing a copy of this Notice of Removal with the Clerk for the Nelson Circuit Court in Kentucky.

**WHEREFORE,** Removing Party, Owners Insurance Company, prays that this Notice of Removal be filed and that the above-styled action be removed from the Nelson Circuit Court to this Honorable Court.

Respectfully Submitted,

/s/ David K. Barnes_____
David K. Barnes
BARNES MALONEY PLLC
401 W. Main Street, Suite 1600
Louisville, KY 40202
T: (502) 583-4777
F: (502) 583-4780
dbarnes@sbmkylaw.com
*Counsel for Defendant*

5

## CERTIFICATE OF SERVICE

      I hereby certify that on the 27th day of January 2026, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system. It is further certified that a copy of the foregoing was electronically served this 27th day of January, 2026 to:

Denham Property and Injury Law Firm
J. Bart Denham, Esq.
250 W. Main St., Suite 120
Lexington, Kentucky 40507
Telephone: 859-900-2278
Email: Bart@Denham.Law
Email: Service@Denham.Law
*Counsel for Plaintiff*

/s/ David K. Barnes
BARNES MALONEY PLLC